**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Michael Lee Cardwell, Petitioner.

Appellate Case No. 2015-002394

_____

Appeal from Georgetown County
Edward B. Cottingham, Circuit Court Judge

_____

Memorandum Opinion No. 2019-MO-005
Heard January 11, 2017 – Filed January 23, 2019

_____

**AFFIRMED**

_____

Melissa A. Fried, of Nexsen Pruet, LLC, of Charleston, and Chief Appellate Defender Robert M. Dudek, of Columbia, both for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

_____

**PER CURIAM:** A jury convicted Michael Cardwell ("Petitioner") of two counts of unlawful conduct towards a child and two counts of first-degree sexual exploitation of a minor. The trial court sentenced Petitioner to concurrent two-year

sentences on the unlawful conduct charges and concurrent three-year sentences for the two counts of first-degree sexual exploitation of a minor with the three-year sentences to run consecutive to the two-year sentences. Petitioner appealed his convictions to the Court of Appeals, arguing the trial court erred in denying his motion to suppress a video file seized from the laptop computer of his co-defendant and then-girlfriend, Sarah Cardwell, that showed Petitioner dancing naked with Cardwell's eleven-year-old son and nine-year-old daughter. The Court of Appeals affirmed the trial court's denial of Petitioner's motion to suppress in an unpublished opinion. *State v. Cardwell*, Op. No. 2015-UP-455 (S.C. Ct. App. filed Sept. 9, 2015).

We granted certiorari to review the Court of Appeals' decision and now affirm pursuant to Rule 220(b)(1), SCACR, and *State v. Sarah Cardwell*, Op. No. 27860 (S.C. Sup. Ct. filed Jan. 23, 2019) (Shearouse Adv. Sh. No. 4).

**AFFIRMED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ. and Acting Justice Clifton B. Newman, concur.**